NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**BERKELEY\*IEOR, dba B\*IEOR,**
*Plaintiff-Appellant*

**v.**

**W.W. GRAINGER INC., DHL EXPRESS (USA), DANZAS CORP., dba DHL Global Forwarding, AIR EXPRESS INTERNATIONAL USA, INC., dba DHL Global Forwarding,**
*Defendants-Appellees*

**TERADATA OPERATIONS, INC.,**
*Defendant-Cross-Appellant*

———————————

2024-2353, 2025-1009

———————————

Appeals from the United States District Court for the Northern District of Illinois in Nos. 0:24-cv-02606 and 1:17-cv-07472, Judge Charles P. Kocoras.

———————————

**ON MOTION**

———————————

Before DYK, *Circuit Judge.*

**O R D E R**

Although Teradata Operations, Inc. was the only defendant to have filed a notice of cross-appeal, No. 2025-1009, ECF No. 1-2 at 7, all defendants have attempted to file a joint principal and response brief, which identifies themselves collectively as "Defendant-Cross Appellants," ECF No. 30 at 1, 14. BERKELEY*IEOR also moves for an extension of time, until June 11, 2025, to file the response and reply brief. ECF No. 31.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Within 7 days from the date of entry of this order, defendants are directed to file a corrected brief (a) identifying that brief as a combination of the cross-appellant's principal and response brief with the appellees' principal brief; (b) correcting identification of the defendants-appellees; and (c) designating the portions joined by the appellees and by the cross-appellant, with a certification that the appellees and the cross-appellant have complied with the respective word limits of Rules 28.1(b)(2) and 32(b)(1).

(2) ECF No. 31 granted. The response and reply brief is due no later than June 11, 2025.

FOR THE COURT

May 19, 2025
Date

Jarrett B. Perlow
Clerk of Court