# United States Court of Appeals for the Federal Circuit

---

**BERKELEY*IEOR, DBA B*IEOR,**
*Plaintiff-Appellant*

**v.**

**W.W. GRAINGER INC., DHL EXPRESS (USA), DANZAS CORP., DBA DHL GLOBAL FORWARDING, AIR EXPRESS INTERNATIONAL USA, INC., DBA DHL GLOBAL FORWARDING,**
*Defendants-Appellees*

**TERADATA OPERATIONS, INC.,**
*Defendant-Cross-Appellant*

---

2024-2353, 2025-1009

---

Appeals from the United States District Court for the Northern District of Illinois in Nos. 0:24-cv-02606, 1:17-cv-07472, Judge Charles P. Kocoras.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED-IN-PART AND AFFIRMED-IN-PART**

FOR THE COURT

September 21, 2026
Date

Jarrett B. Perlow
Clerk of Court